AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
SEP 06 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| United States of America<br>v.<br>Darion Shelton<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. ~~1:23mj9154~~<br><br>1:23cr459 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Darion Shelton,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(a)(1)(A) Engaged in the Business of Dealing Firearms without a License
18 USC 922(o) Possession of a Machinegun

Date: August 9, 2023 at 1:13 p.m.

*Issuing officer's signature*

City and state: Cleveland, Ohio

U.S. Magistrate Judge Jennifer Dowdell Armstrong
*Printed name and title*

### Return

This warrant was received on *(date)* 8/9/23, and the person was arrested on *(date)* 8/10/23
at *(city and state)* CLEVELAND, OH.

Date: 8/10/23

*Arresting officer's signature*

ATF Special Agent Gerrod Briggs
*Printed name and title*