UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: November 6, 2024<br><br>CASE NO. 1:23 CR 459<br><br>COURT REPORTER: Donnalee Cotone<br><br>SENTENCING |

UNITED STATES OF AMERICA

    -VS-

DARION SHELTON

APPEARANCES:    Plaintiff: Kelly Galvin
                             Defendant: Donald Butler
                             Pretrial/Probation: Kira Shannon

PROCEEDINGS: The defendant is sentenced to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months on Count 1 and a term of 100 months on each of Counts 2 and 3, all to be served concurrently for a total of imprisonment of 100 months. Defendant to be given credit for time served in federal custody from August 10, 2023 - August 21, 2023. The Court recommends the 500-hour Residential Drug Abuse Program, or RDAP.  Supervised Release is ordered for a term of 3 years with the standard/special conditions as directed. Special assessment is due in the total amount of $300.00.  Forfeiture of firearms and machinegun conversions devices to the United States is ordered.  The defendant is remanded to the custody of the United States Marshal.

                                                            /s/ Steven L. Marshall
                                                            Courtroom Deputy

Length of Proceedings: 20 minutes